THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH LOUIS PAONESSA, Appellant.

Submitted May 19, 1952; decided May 27, 1952.

Motion for reargument denied. Motion to amend remittitur granted. Return of remittitur requested and when returned, it will be amended to read as follows: Upon this appeal there were presented by this record and necessarily passed upon questions under the Fourteenth Amendment of the Constitution of the United States. The Court of Appeals held that none of the rights of the defendant under the Fourteenth Amendment of the Constitution of the United States had been violated. [See 303 N. Y. 964.]